IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| **RICHARD NEWCOMER,** | |
| Plaintiff, | |
| v. | Case Nos.: 6:24-cv-03031-MDH |
| **AGAPE BAPTIST CHURCH INC., d/b/a AGAPE BOARDING SCHOOL,** and **BRYAN CLEMENSEN** | |
| Defendants. | |

## ORDER

Before the Court are Plaintiff's Motion for Leave to Withdraw as Counsel (Doc. 13) and Defendants' Motion to Dismiss for Lack of Prosecution (Doc. 14). The Court heard oral arguments on these motions at the Status Conference of September 9, 2024. After full consideration of the motions, arguments, and briefing the Court finds good cause to dismiss this case in its entirety for lack of prosecution without prejudice.

Plaintiff's Motion for Leave to Withdraw as Counsel is **DENIED AS MOOT**. Defendants' Motion to Dismiss with prejudice for Lack of Prosecution is **DENIED**.

**IT IS SO ORDERED**.
DATED: September 18, 2024

                                              */s/ Douglas Harpool*
                                              **DOUGLAS HARPOOL**
                                              **UNITED STATES DISTRICT JUDGE**